

200 Massachusetts Ave. NW, Suite 500
Washington, DC 20001-5875
Tel: 202.664.1537 | Fax: 202.664.1586
taftlaw.com

TERESA N. TAYLOR
614.202.664.1563
TNTaylor@taftlaw.com

March 24, 2023

**VIA EFILING**
Clerk of Courts
United States District Court
District of Maryland
Northern Division

      Re:   *NMF, Inc. v. Justin Bolden and Stephen Levitt*
              Filing of Verified Complaint and Motion for Temporary Restraining
              Order and Injunctive Relief and Damages

Dear Clerk:

    Please be advised that I represent NFM, Inc. in the above-captioned matter. We will notice the Defendants of this filing.

    We hereby respectfully request a hearing in this matter on April 26, 2022 in the afternoon. We also request that the hearing be held via Zoom, if possible, due to counsel's location.

    Thank you for your consideration.

                            Sincerely,

                            */s/ Teresa N. Taylor*

                            Teresa N. Taylor

TNT/smk

76904828v1