# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| NFM, INC., ) |  |
| ) |  |
| Plaintiff, ) | Civil Action No. 23-cv-00823-LKG |
| ) |  |
| v. ) | Dated:  June 13, 2023 |
| ) |  |
| JUSTIN BOLDEN, *et al.*, ) |  |
| ) |  |
| Defendants. ) |  |
| ) |  |

## ORDER

The parties shall participate in a telephonic hearing on **Wednesday, August 16, 2023, at 2:30 p.m. Eastern Time**, to discuss plaintiff's motion for temporary restraining order and preliminary injunction (ECF No. 6).

The telephonic hearing will be held *via* AT&T Teleconferencing.  The Court will provide the parties *via* email with a call-in number, an access code, and a security code.   Participating on the call will be counsel of record for each party.

      For Plaintiff:      **William Nelson Sinclair**
                                  Silverman Thompson Slutkin White
                                  400 East Pratt Street
                                  Suite 900
                                  Baltimore, MD 21202
                                  410-385-2225
                                  Email: bsinclair@mdattorney.com

|                  |                                          |
|------------------|------------------------------------------|
| For Defendants:  | **Jeffrey D Goldstein**                  |
|                  | Law Office of Jeffrey D. Goldstein, LLC  |
|                  | Suite 350                                |
|                  | 9211 Corporate Boulevard                 |
|                  | Rockville, MD 20850                      |
|                  | 301-838-7047                             |
|                  | Email: jeff@rockvillelaw.com             |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge